**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

CEATS, Inc.  v.  Continental Airlines, Inc., et al.

No. 2013-1529

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____ Pro Se    ✓ As counsel for:  CEATS, Inc.
                                    Name of party

I am, or the party I represent is (select one):

_____ Petitioner   _____ Respondent   _____ Amicus curiae   _____ Cross Appellant
✓ Appellant        _____ Appellee     _____ Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____ Petitioner or appellant    _____ Respondent or appellee

My address and telephone are:

Name: Dean A. Dickie
Law firm: Miller, Canfield, Paddock and Stone, P.L.C.
Address: 225 West Washington Street, Suite 2600
City, State and ZIP: Chicago, IL 60606
Telephone: 312-460-4227
Fax #: 312-460-4288
E-mail address: dickie@millercanfield.com

Statement to be completed by counsel only (select one):

✓ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

_____ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____ Yes    ✓ No

_____ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Sept. 17, 2013                     /s/ Dean A. Dickie
Date                                Signature of pro se or counsel

cc: _____

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this date, a copy of the foregoing APPEARANCE was electronically served, through the CM/ECF system, on all counsel of record representing parties in this case, who are registered ECF filers.

Dated: September 17, 2013

                                       s/ Dean A. Dickie
                                       Dean A. Dickie
                                       MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
                                       225 West Washington Street, Suite 2600
                                       Chicago, IL  60606
                                       Telephone:  312.460.4227
                                       Facsimile:  312.460-4288