NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CEATS, INC.,**
*Plaintiff-Appellant,*

v.

**CONTINENTAL AIRLINES, INC., ALASKA AIRLINES, INC., HORIZON AIR INDUSTRIES, INC., DELTA AIR LINES, INC., JETBLUE AIRWAYS CORPORATION, UNITED AIR LINES, INC., VIRGIN AMERICA, INC., US AIRWAYS, INC., TICKETMASTER, LLC, TICKETSNOW.COM, INC., AND LIVE NATION WORLDWIDE, INC.,**
*Defendants-Appellees,*

AND

**AIRTRAN AIRWAYS, INC.,**
*Defendant-Appellee.*

---

2013-1529

---

Appeal from the United States District Court for the Eastern District of Texas in No. 10-CV-0120, Judge Michael H. Schneider.

---

**ON MOTION**

---

Case: 13-1529    Document: 28    Page: 2    Filed: 09/30/2013

CEATS, INC. V. CONTINENTAL AIRLINES, INC.                    2

# ORDER

The appellant moves without opposition for a 60-day extension of time, until November 22, 2013, to file its opening brief, and for a 30-day extension of time, until January 21, 2014, for the appellees to file their response briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for extensions of time is granted.

FOR THE COURT


/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s21