# THOMPSON & KNIGHT LLP

ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET • SUITE 1500
DALLAS, TEXAS 75201
214.969.1700
FAX 214.969.1751
www.tklaw.com

J. MICHAEL HEINLEN
DIRECT DIAL: (214) 969-2539
EMAIL: Michael.Heinlen@tklaw.com

AUSTIN
DALLAS
DETROIT
FORT WORTH
HOUSTON
LOS ANGELES
NEW YORK
SAN FRANCISCO

ALGIERS
LONDON
MONTERREY
PARIS

January 6, 2014

**Via ECF**

Jan Horbaly, Clerk of Court
United States Court of Appeals
for the Federal Circuit
717 Madison Place, NW., Room 401
Washington, DC 20439

      Re:  *CEATS, Inc. v. Continental Airlines, Inc., et al.*
           Case No.  2013-1529

Dear Mr. Horbaly:

    AirTran Airways, Inc. does not take a position in CEATS, INC. V CONTINENTAL AIRLINES, INC., 2013-1529, and will therefore not be filing a brief in this matter.

                             Sincerely,

                             J. Michael Heinlen

JMH/acs

## CERTIFICATE OF SERVICE

I hereby certify that, on January 6, 2014, I caused a copy of the foregoing letter to be served via ECF which will send a notification of such filing to all counsel of record.

THOMPSON & KNIGHT LLP

By: /s/ J. Michael Heinlen
    J. Michael Heinlen
    One Arts Plaza
    1722 Routh St., Suite 1500
    Dallas, TX 75201
    (214) 969-2539
    Fax: (214) 969-1751
    michael.heinlen@tklaw.com